| | |
|---|---|
| 1 | Richard A. Sipos (Bar No. 126982) |
| | Garret D. Murai (Bar No. 215667) |
| 2 | **WENDEL, ROSEN, BLACK & DEAN LLP** |
| | 1111 Broadway, 24th Floor |
| 3 | Oakland, CA  94607-4036 |
| | Telephone:  (510) 834-6600 |
| 4 | Facsimile:  (510) 834-1928 |
| | Email: gmurai@wendel.com |
| 5 | |
| | Attorneys for Defendants |
| 6 | JCIL COMPUTERS, INC. and JOSEPH PADRID |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYMANTEC CORPORATION, | Case No.  C 08-02063 SC |
| Plaintiff, | **NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL** |
| vs. | |
| V-MICRO, INC., a New Jersey corporation, doing business as Viewmicro; JCIL COMPUTERS, INC., a California corporation, doing business as Infinity Computers; PHOEBE MICRO INC., a California corporation; OSCAR SUN, an individual, also known as Kuo Ching Sun; JOSEPH PADRID, an individual; PETER LUI, an individual; RUBY LUI, an individual; and DOES 1-20, inclusive, | **Date:** July 11, 2008<br>**Time:** 10:00 a.m.<br>**Courtroom:** 1<br>**Judge:** Hon. Samuel Conti<br><br>Action Filed:  August 29, 2007<br>Trial Date:  None<br><br>**Accompanying Documents:**<br>Memorandum of Points and Authorities;<br>Declaration of Garret D. Murai;<br>Declaration of Joseph J. Padrid; and<br>[Proposed] Order |
| Defendants. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on July 11, 2008 at 10:00 a.m. in Courtroom 1 of this Court located at 450 Golden Gate Avenue, San Francisco, California, the attorneys of record for Defendant JCIL COMPUTERS, INC.  will move this Court for an order allowing their withdrawal pursuant to Local Rule 11-5.

/ / /

/ / /

*NOTICE OF MOTION AND MOTION - Case No.  C 08-02063 SC*

015032.0001\847868.1

1  Attorneys of record's motion is brought on the following grounds:

2  1.  Defendant JCIL COMPUTERS, INC. has closed its business, is in the
3  process of dissolving, and is unable to pay its attorneys of record.

4  2.  The owner of JCIL COMPUTERS, INC., Defendant JOSEPH
5  PADRID, has filed for bankruptcy.

6  3.  Defendant JOSEPH PADRID's bankruptcy petition lists his and
7  Defendant JCIL COMPUTERS, INC.'s attorneys of record as creditors owed
8  approximately $20,000.

9  Attorneys of record's motion is based on this Notice of Motion and Motion
10  to Withdraw as Counsel; the accompanying Memorandum of Points and
11  Authorities, Declaration of Garret D. Murai, Declaration of Joseph Padrid; and any
12  and all other pleadings, documents, records, files and other evidence as may be
13  presented.

14  Dated: May 22, 2008                **WENDEL, ROSEN, BLACK & DEAN LLP**

16  By: /s/ Garret D. Murai
17  Garret D. Murai
    Attorneys for Defendants
18  JCIL COMPUTERS, INC. and JOSEPH
    PADRID

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| SYMANTEC CORPORATION, | Case No. C 08-02063 SC |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD** |
| vs. | |
| V-MICRO, INC., a New Jersey corporation, doing business as Viewmicro; JCIL COMPUTERS, INC., a California corporation, doing business as Infinity Computers; PHOEBE MICRO INC., a California corporation; OSCAR SUN, an individual, also known as Kuo Ching Sun; JOSEPH PADRID, an individual; PETER LUI, an individual; RUBY LUI, an individual; and DOES 1-20, inclusive, | |
| Defendants. | |

Attorneys of record of Defendant JCIL COMPUTERS, INC.'s motion to withdraw as counsel came on regularly for hearing on July 11, 2008 at 10:00 a.m. in Courtroom 1 of this Court located at 450 Golden Gate Avenue, San Francisco, California. The Court having considered the papers submitted, having heard oral argument as requested or directed, and good cause appearing therefore:

/ / /

/ / /

015032.0001\847913.1        *ORDER - Case No.  C 08-02063 SC*

1     IT IS HEREBY ORDERED:

2     1.    Attorneys of record for Defendant JCIL COMPUTERS, INC.'s motion
3 to withdraw as counsel is GRANTED.

4 Dated: _____

5

6                                           _____
                                            Samuel Conti
7                                             U.S. District Court Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28