Richard A. Sipos (Bar No. 126982)
Garret D. Murai (Bar No. 215667)
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Oakland, CA  94607-4036
Telephone:  (510) 834-6600
Facsimile:  (510) 834-1928
Email: gmurai@wendel.com

Attorneys for Defendants
JCIL COMPUTERS, INC. and JOSEPH PADRID

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYMANTEC CORPORATION,<br><br>  Plaintiff,<br><br>vs.<br><br>V-MICRO, INC., a New Jersey corporation, doing business as Viewmicro; JCIL COMPUTERS, INC., a California corporation, doing business as Infinity Computers; PHOEBE MICRO INC., a California corporation; OSCAR SUN, an individual, also known as Kuo Ching Sun; JOSEPH PADRID, an individual; PETER LUI, an individual; RUBY LUI, an individual; and DOES 1-20, inclusive,<br><br>  Defendants. | Case No.  C 08-02063 SC<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL**<br><br>**Date:** July 11, 2008<br>**Time:** 10:00 a.m.<br>**Courtroom:** 1<br>**Judge:** Hon. Samuel Conti<br><br>Action Filed: August 29, 2007<br>Trial Date: None<br><br>**Accompanying Documents:** Notice of Motion and Motion; Declaration of Garret D. Murai; Declaration of Joseph J. Padrid; and [Proposed] Order |

Attorneys of record for Defendant JCIL COMPUTERS, INC. respectfully submit the following Memorandum of Points and Authorities:

**I.  INTRODUCTION**

Attorneys of record for Defendant JCIL COMPUTERS, INC. ("JCIL") move to withdraw as counsel.  JCIL has closed its business, is in the process of dissolving, and is unable to pay its attorneys of record.  Padrid Decl., ¶3.  Good cause exists to permit attorneys of record to withdraw as counsel.  This matter was

recently transferred from U.S. District Court for the Central District of California at the end of April, no trial date has been set, and JCIL as well as Defendant JOSEPH PADRID ("Padrid") who has filed for bankruptcy owe attorneys of record approximately $20,000 in legal fees.  Murai Decl., ¶¶3, 4.

**II.    DISCUSSION**

Local Rule 11-5 provides that "[c]ounsel may not withdraw from an action until relieved by order of the Court after written notice has been given reasonably in advance to the client and to all other parties who have appeared in the case." Notice, as indicated in the attached proof of service, has been given to all parties including JCIL and Mr. Padrid.

In addition, prior to filing this motion, attorneys of record advised JCIL that it would be filing this motion (Padrid Decl., ¶5), and Mr. Padrid, the owner of JCIL, has filed a declaration consenting to the withdrawal of JCIL's attorney of record. *Id*.

A client's failure to pay agreed-upon attorneys fees constitutes good cause to grant a motion to withdraw as counsel. *Statue of Liberty-Ellis Island Foundation, Inc. v. International United Industries, Inc.* (SD NY 1986) 110 FRD 395, 397.

Here, as discussed, JCIL is unable to pay its attorneys of record (Padrid Decl., ¶3), and currently owes its attorneys of record approximately $20,000 in legal fees.  Murai Decl., ¶3.  JCIL has consented to its attorneys of record's withdrawal as counsel (Padrid Decl., ¶4), and attorneys of record have advised JCIL that it cannot appear *in pro per* in federal court.  Murai Decl., ¶6.

**III.   CONCLUSION**

For the foregoing reasons, attorneys of record for JCIL respectfully request that the Court grant their motion to withdraw as counsel.

/ / /

/ / /

/ / /

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA  94607-4036

| | |
|---|---|
| Dated: May 22, 2008 | **WENDEL, ROSEN, BLACK & DEAN LLP** |

By: /s/ Garret D. Murai
    Garret D. Murai
    Attorneys for Defendants
    JCIL COMPUTERS, INC. and JOSEPH PADRID

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA 94607-4036

015032.0001\847873.1

*MEMORANDUM OF POINTS AND AUTHORITIES -*
*Case No. C 08-02063 SC*                    - 3 -