Richard A. Sipos (Bar No. 126982)
Garret D. Murai (Bar No. 215667)
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Oakland, CA  94607-4036
Telephone:  (510) 834-6600
Facsimile:  (510) 834-1928
Email: gmurai@wendel.com

Attorneys for Defendants
JCIL COMPUTERS, INC. and JOSEPH PADRID

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYMANTEC CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>V-MICRO, INC., a New Jersey corporation, doing business as Viewmicro; JCIL COMPUTERS, INC., a California corporation, doing business as Infinity Computers; PHOEBE MICRO INC., a California corporation; OSCAR SUN, an individual, also known as Kuo Ching Sun; JOSEPH PADRID, an individual; PETER LUI, an individual; RUBY LUI, an individual; and DOES 1-20, inclusive,<br><br>Defendants. | Case No.  C 08-02063 SC<br><br>**DECLARATION OF GARRET D. MURAI IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL OF RECORD**<br><br>**Date:** **July 11, 2008**<br>**Time:** **10:00 a.m.**<br>**Courtroom:** **1**<br>**Judge:** **Hon. Samuel Conti**<br><br>Action Filed: August 29, 2007<br>Trial Date: None<br><br>**Accompanying Documents:** Notice of Motion and Motion; Memorandum of Points and Authorities; Declaration of Joseph J. Padrid; and [Proposed] Order |

I, Garret D. Murai, declare:

1.  I am an attorney licensed to practice law in the State of California and before the U.S. District Court for the Northern District of California.  I am an associate with Wendel, Rosen, Black & Dean LLP, attorneys of record for Defendant JCIL COMPUTERS, INC. ("JCIL").

2.  This declaration is made in support of attorneys of record's motion to withdraw as counsel.  I have personal knowledge of the matters stated herein and if

1  called upon to testify could and would competently do so.

2      3.    As noted in the declaration of Joseph Padrid, JCIL has closed its
3  business, is in the process of dissolving, and is unable to pay its attorneys of
4  records.

5      4.    At present, approximately $20,000 is owed to attorneys of record by
6  JCIL and Defendant JOSEPH PADRID ("Padrid"). A true and correct copy of
7  excerpts from Mr. Padrid's bankruptcy petition which lists attorneys of record as
8  creditors is attached hereto as Exhibit A.

9      5.    On May 14, 2008, pursuant to the direction of the Court, I served a
10 letter to JCIL advising that its attorneys of record would be moving to withdraw as
11 counsel, and that a representative of the JCIL would be required to attend the
12 hearing on the motion set for July 11, 2008 at 10:00 a.m. A true and correct copy
13 of my letter is attached hereto as Exhibit B.

14     5.    Good cause exists to grant attorneys of record's motion. The case was
15 recently transferred to this Court in April, no trial date has been set, and neither
16 JCIL nor Mr. Padrid are able to pay their attorneys of record.

17     6.    I have advised JCIL that if attorneys of record are permitted to
18 withdraw as counsel that JCIL cannot appear *in pro per* in federal court.

19     I declare under penalty of perjury under the laws of the United States of
20 America that the foregoing is true and correct.

21     Executed this 22nd day of May 2008 in Oakland, California.

                        /s/ Garret D. Murai
                        Garret D. Murai

*DECLARATION OF GARRET D. MURAI - Case No. C 08-02063 SC*   - 2 -

015032.0001\847891.1

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA 94607-4036

# EXHIBIT A

B1 (Official Form 1) (1/08)

## United States Bankruptcy Court
## Northern District of California

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle):<br>Padrid, Joseph S. | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>Padrid, Susan M. |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>aka Joseph JS Padrid; aka Joseph J. Padrid; fdba Infinity Computers | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>fdba Yobags Internet Cafe |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): 0443 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): 0605 |
| Street Address of Debtor (No. and Street, City, and State)<br>2526 Harlow Lane<br>San Ramon, CA   ZIPCODE 94582 | Street Address of Joint Debtor (No. and Street, City, and State)<br>2526 Harlow Lane<br>San Ramon, CA   ZIPCODE 94582 |
| County of Residence or of the Principal Place of Business:<br>Contra Costa | County of Residence or of the Principal Place of Business:<br>Contra Costa |
| Mailing Address of Debtor (if different from street address):<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):   ZIPCODE | |

**Type of Debtor** (Form of Organization) (Check one box)
- [x] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity** (Check box, if applicable)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- [x] Debts are primarily consumer debts, defined in 11 U.S.C. §101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [ ] Debts are primarily business debts

**Filing Fee** (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D)
- [ ] Debtor is not a small business as defined in 11 U.S.C. § 101(51D)

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000

Check all applicable boxes
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**   THIS SPACE IS FOR COURT USE ONLY
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors
| [x] 1-49 | [ ] 50-99 | [ ] 100-199 | [ ] 200-999 | [ ] 1000-5000 | [ ] 5,001-10,000 | [ ] 10,001-25,000 | [ ] 25,001-50,000 | [ ] 50,001-100,000 | [ ] Over 100,000 |

Estimated Assets
| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [x] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |

Estimated Liabilities
| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [x] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |

B1 (Official Form 1) (1/08)            Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): Joseph S. Padrid & Susan M. Padrid |
|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | |

| Location Where Filed: NONE | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: N.A. | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: NONE | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11) | (To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X /s/ Lawrence L. Szabo     4/28/2008 <br>     Signature of Attorney for Debtor(s)     Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☑ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United Sates in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable non bankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| B1 (Official Form 1) (1/08) | Page 3 |
|---|---|
| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Joseph S. Padrid & Susan M. Padrid |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X /s/ Joseph S. Padrid<br>   Signature of Debtor<br><br>X /s/ Susan M. Padrid<br>   Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>4/28/2008<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by § 1515 of title 11 are attached.<br><br>☐ Pursuant to 11 U.S.C.§ 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X_____<br>(Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>(Date) |
| **Signature of Attorney\*** | **Signature of Non-Attorney Petition Preparer** |
| X /s/ Lawrence L. Szabo<br>   Signature of Attorney for Debtor(s)<br><br>LAWRENCE L. SZABO CSB #83974<br>Printed Name of Attorney for Debtor(s)<br><br>_____<br>Firm Name<br><br>3608 Grand Avenue, Ste. 1<br>Address<br>Oakland, CA 94610<br><br>510-834-4893  szabo@sbcglobal.net<br>Telephone Number           e-mail<br>4/28/2008<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, 2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X_____<br><br>_____<br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.<br><br>Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.* |
| **Signature of Debtor (Corporation/Partnership)**<br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X_____<br>   Signature of Authorized Individual<br><br>_____<br>Printed Name of Authorized Individual<br><br>_____<br>Title of Authorized Individual<br>_____<br>Date | |

B6F (Official Form 6F) (12/07)

In re   Joseph J. Padrid & Susan M. Padrid   ,   Case No. _____
            Debtor                                                (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 372718717971003 American Express Box 0001 Los Angeles, CA 90096-0001 | | C | Consideration: trade debt | | | | 15,605.79 |
| ACCOUNT NO. 371271452731001 American Express Box 0001 Los Angeles, CA 90096-0001 | | C | Consideration: trade debt | | | | 9,493.75 |
| ACCOUNT NO. 6824 0144 427999 Bank of America PO Box 30750 Los Angeles, CA 90030-0750 | | C | Consideration: sold out junior: 664 Hagerman Pk Dr., Newman, CA 95360 | | | | 149,989.18 |
| ACCOUNT NO. 00427011072464 Chase PO Box 260161 Baton Rouge, LA 70826 | | C | Consideration: sold out junior: 4271 Cherry Blossom Ln.,Tracy, CA | | | | 134,547.13 |

___4___ continuation sheets attached

Subtotal ▶ $ 309,635.85

Total ▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Joseph J. Padrid & Susan M. Padrid    ,    Case No. _____
                              Debtor                                                                               (If known)

## SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 00427011167462<br>Chase Manhattan Mortgage<br>101 E. Town St.<br>Columbus, OH 432155187 | | C | Consideration: old out junior, 2216 Spyglass Dr., Brentwood, CA | | | | 155,000.00 |
| ACCOUNT NO. 6033614127<br>Citibank<br>Business Banking Loan Ops<br>201 W. Lexington Dr. MS 0412<br>Glendale, CA 91203 | X | C | Consideration: business line of credit | | | | 80,442.03 |
| ACCOUNT NO. 9221799159<br>Citibank<br>c/o Hunt & Henriques<br>151 Bernal Rd. Ste 8<br>San Jose, CA 95119 | | C | Incurred: May, 2006<br>Consideration: sold out junior: 3795 Silverwood Rd., Sacramento, CA | | | | 161,192.66 |
| ACCOUNT NO.<br>Collectcorp<br>455 N. 3rd St. Ste 260<br>Phoenix, AZ 85004 | | C | | | | | Notice Only |
| ACCOUNT NO.<br>Countrywide<br>400 Countrywide Way<br>Simi Valley CA 93065-6928 | | C | | | | | Notice Only |

Sheet no. 1 of 4 continuation sheets attached       Subtotal ▶    $    396,634.69
to Schedule of Creditors Holding Unsecured
Nonpriority Claims                                                                      Total ▶    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Joseph J. Padrid & Susan M. Padrid          ,     Case No. _____
                         Debtor                                            (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Countrywide<br>PO Box 10287<br>Van Nuys, CA 91410-0287 | | C | Consideration: foreclosed 2nd d of t on 1786 Anastasia Dr., Brentwood, CA | | | | Notice Only |
| ACCOUNT NO. 142484746<br>Countrywide Home Loans<br>PO Box 10287<br>Van Nuys, CA 91410 | | C | Consideration: sold out junior:742 Corinne St., Mountain House, CA | | | | 197,456.00 |
| ACCOUNT NO. 109401607<br>Countrywide Home Loans<br>PO Box 10287<br>Van Nuys, CA 91419-0287 | | C | Consideration: sold out junior mortgage 401 Steven St.Mountain House, CA | | | | 61,000.00 |
| ACCOUNT NO. 485350924380<br>Macy's<br>PO Box 6938<br>The Lakes, NV 88901-6938 | | C | Consideration: Credit Card Debt (Unsecured) | | | | 887.16 |
| ACCOUNT NO. 0650219177010<br>Money Control, Inc.<br>7891 Mission Grove Pkwy So., Ste A<br>Riverside, CA 92508 | X | C | Consideration: obligation of JCiL Computers, Inc. to AT&T | | | | 2,222.38 |

Sheet no. 2 of 4 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤  $  261,565.54
Total ➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   Joseph J. Padrid & Susan M. Padrid                    ,      Case No. _____
                              Debtor                                                  (If known)

## SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 069065-70<br>Patelco Credit Union<br>Credit Card Department<br>PO Box 7788<br>San Francisco, CA 94120-7788 | | C | Consideration: trade debt | | | | 14,564.98 |
| ACCOUNT NO.<br>Rassier Properties<br>Stratford Village Business Park<br>321 Hartz Ave., Suite 7<br>Danville, CA 94526 | X | C | Incurred: Sept. 07 - Apr. 08<br>Consideration: lease obligation of JCiL Computers, Inc. lease of business premises,<br>1661 Industrial Pkwy W, Hayward, CA | | X | | Unknown |
| ACCOUNT NO.<br>Rose Garden Owners Assoc.<br>c/o the Hesling Gropu, Inc.<br>2000 Crow Canyon Pl. Ste.. 380<br>San Ramon, CA 94583 | | C | Incurred: 2007<br>CC&R violation, 1786 Anastasis Dr., Brentwood, CA | | | | Notice Only |
| ACCOUNT NO.<br>Symantec Corp.<br>c/o Baute & Tidus LLP<br>777 S. Figeroa St. Ste. 4900<br>Los Angeles, CA 90017 | | C | Incurred: 2007<br>trademark/copyright infringement | | X | X | |
| ACCOUNT NO. 092662352<br>US Bank Business Equipment Financing<br>1310 Madrid St. Ste 106<br>Marshall, MN 56258 | X | C | Consideration: finance lease guarantor of lease/finance debt re: 2003 Ford Excursion, which is property of JCil Computers, Inc. | | | | 11,712.00 |

Sheet no. _3_ of _4_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ $   26,276.98

Total ▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Joseph J. Padrid & Susan M. Padrid          ,          Case No. _____
                            Debtor                                          (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 2000050034<br>Wendel Rosen Black & Dean LLP<br>PO Box 2047<br>Oakland, CA 94604-2047 | X | C | Incurred: 2007-present<br>Consideration: Legal Fees (Symantec litigation) | | | | 19,445.94 |
| ACCOUNT NO. 73955<br>Wintec Industries<br>675 Sycamore Dr.<br>Milpitas, CA 95035-7430 | X | C | Consideration: obligation of JCiL Computers, Inc.; | X | | | 4,701.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. __4__ of __4__ continuation sheets attached          Subtotal ▶  $  24,146.94
to Schedule of Creditors Holding Unsecured
Nonpriority Claims                                                           Total ▶  $  1,018,260.00
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

**EXHIBIT B**



**WENDEL
ROSEN
BLACK
& DEAN
L L P**

ATTORNEYS AT LAW

1111 Broadway, 24th Floor
Oakland, CA 94607-4036

Post Office Box 2047
Oakland, CA 94604-2047

Telephone: (510) 834-6600
Fax: (510) 834-1928
gmurai@wendel.com

May 14, 2008

**VIA ELECTRONIC MAIL AND
REGULAR MAIL**

Joseph Padrid
**JCIL COMPUTERS, INC.**
2526 Harlow Lane
San Ramon, CA 94582

Re:   *Symantec Corporation v. V-Micro, et al.*

Dear Joseph:

I spoke with the clerk of the court regarding our motion to withdraw as counsel. The clerk has asked me to send you a letter advising you that we will be moving to withdraw as counsel for JCIL Computers, Inc. and to advise you that a representative of JCIL will be required to attend the hearing on the motion which is set for July 11, 2008 at 10:00 a.m. in Courtroom 1 of the U.S. District Court for the Northern District of California located at 450 Golden Gate Avenue, San Francisco, California.

As always, please let me know if you have any questions.

Very truly yours,

WENDEL, ROSEN, BLACK & DEAN LLP

By _____
Garret D. Murai

GDM:cme

015032.0001\848078.1