Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA 94607-4036

1  Richard A. Sipos (Bar No. 126982)
   Garret D. Murai (Bar No. 215667)
2  **WENDEL, ROSEN, BLACK & DEAN LLP**
   1111 Broadway, 24th Floor
3  Oakland, CA 94607-4036
   Telephone: (510) 834-6600
4  Facsimile: (510) 834-1928
   Email: gmurai@wendel.com
5
   Attorneys for Defendants
6  JCIL COMPUTERS, INC. and JOSEPH
   PADRID
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  SYMANTEC CORPORATION, | Case No.  C 08-02063 SC |
| 12                   Plaintiff, | **DECLARATION OF JOSEPH J. PADRID IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL OF RECORD** |
| 13         vs. | |
| 14  V-MICRO, INC., a New Jersey corporation, doing business as | |
| 15  Viewmicro; JCIL COMPUTERS, INC., a California corporation, doing | **Date:**      **July 11, 2008** |
| 16  business as Infinity Computers; PHOEBE MICRO INC., a California | **Time:**      **10:00 a.m.** **Courtroom:**  **1** |
| 17  corporation; OSCAR SUN, an individual, also known as Kuo Ching | **Judge:**     **Hon. Samuel Conti** |
| 18  Sun; JOSEPH PADRID, an individual; PETER LUI, an individual; RUBY | Action Filed:  August 29, 2007 Trial Date:    None |
| 19  LUI, an individual; and DOES 1-20, inclusive, | **Accompanying Documents:** Notice of Motion and Motion; Memorandum of |
| 20                   Defendants. | Points and Authorities; Declaration of Garret D. Murai; and [Proposed] Order |
| 21 | |

22         I, Joseph Padrid, declare:

23         1.    I am a defendant in the above-referenced matter and am a shareholder,

24  director, and officer of Defendant JCIL COMPUTERS, INC. ("JCIL").

25         2.    I am authorized to make declaration on behalf of JCIL in support of

26  attorneys of record's motion to withdraw as counsel.  I have personal knowledge of

27  the matters stated herein and if called upon to testify could and would competently

28  do so.

015032.0001\847904.1    *DECLARATION OF JOSEPH J. PADRID - Case No. C 08-02063 SC*

3.    JCIL has closed its business, is in the process of dissolving, and is unable to pay its attorneys of record.

4.    JCIL consents to its attorneys of record's withdrawal as counsel and has been advised that it cannot appear *in pro per* in federal court.

5.    On May 14, 2008, I received the letter attached as Exhibit B to the Declaration of Garret D. Murai advising that JCIL's attorneys of record would be moving to withdraw as counsel, and that a representative of JCIL would be required to attend the hearing on the motion set for July 11, 2008 at 10:00 a.m.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 21st day of May 2008 in San Ramon, California.

_____
Joseph J. Padrid