Richard A. Sipos (Bar No. 126982)
Garret D. Murai (Bar No. 215667)
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Oakland, CA 94607-4036
Telephone: (510) 834-6600
Facsimile: (510) 834-1928
Email: gmurai@wendel.com

Attorneys for Defendants
JCIL COMPUTERS, INC. and JOSEPH PADRID

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYMANTEC CORPORATION,<br><br>            Plaintiff,<br><br>    vs.<br><br>V-MICRO, INC., a New Jersey corporation, doing business as Viewmicro; JCIL COMPUTERS, INC., a California corporation, doing business as Infinity Computers; PHOEBE MICRO INC., a California corporation; OSCAR SUN, an individual, also known as Kuo Ching Sun; JOSEPH PADRID, an individual; PETER LUI, an individual; RUBY LUI, an individual; and DOES 1-20, inclusive,<br><br>            Defendants. | Case No. C 08-02063 SC<br><br>**NOTICE OF BANKRUPTCY OF DEFENDANT JOSEPH PADRID**<br><br><br><br><br><br><br><br><br><br>Action Filed:    August 29, 2007<br>Trial Date:      None |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

   PLEASE TAKE NOTICE that Defendant JOSEPH PADRID filed for bankruptcy on April 30, 2008. A true and correct copy of the bankruptcy notice is attached hereto as Exhibit A.

///

///

///

| | | |
|---|---|---|
| 1 | Dated: May 22, 2008 | **WENDEL, ROSEN, BLACK & DEAN LLP** |
| 2 | | |
| 3 | | By: /s/ Garret D. Murai |
| 4 | | Garret D. Murai |
| 5 | | Attorneys for Defendants JCIL COMPUTERS, INC. and JOSEPH PADRID |

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA  94607-4036

015032.0001\847923.1    *NOTICE OF BANKRUPTCY - Case No.  C 08-02063 SC*    - 2 -

**Exhibit A**



Bankruptcy • Adversary • Query • Reports • Utilities • Logout

United States Bankruptcy Court
Northern District of California

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 7 of the United States Bankruptcy Code, entered on 04/30/2008 at 11:15 AM and filed on 04/30/2008.



**Joseph S Padrid**
2526 Harlow Lane
San Ramon, CA 94582
SSN: xxx-xx-0443
*aka*
**Joseph JS Padrid**
*aka*
**Joseph J Padrid**
*fdba*
**Infinity Computers**

**Susan M. Padrid**
2526 Harlow Lane
San Ramon, CA 94582
SSN: xxx-xx-0605
*fdba*
**Yobags Internet Cafe**

The case was filed by the debtor's attorney:   The bankruptcy trustee is:

**Lawrence L. Szabo**                          **Paul Mansdorf**
Law Offices of Lawrence L. Szabo              1563 Solano Ave. #703
3608 Grand Ave. #1                            Berkeley, CA 94707
Oakland, CA 94610-2024                        (510)526-5993
(510)834-4893

The case was assigned case number 08-42118 to Judge Leslie J. Tchaikovsky.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page https://ecf.canb.uscourts.gov/ or at the Clerk's Office, 1300 Clay Street #300 (94612), Post Office Box 2070, Oakland, CA 94604-2070.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth