1 Richard A. Sipos (Bar No. 126982)
Garret D. Murai (Bar No. 215667)
2 **WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
3 Oakland, CA 94607-4036
Telephone: (510) 834-6600
4 Fax: (510) 834-1928

5 Attorneys for Defendants
JCIL COMPUTERS, INC. and JOSEPH
6 PADRID

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYMANTEC CORPORATION,<br><br>            Plaintiff,<br><br>      vs.<br><br>V-MICRO, INC., a New Jersey corporation, doing business as Viewmicro; JCIL COMPUTERS, INC., a California corporation, doing business as Infinity Computers; PHOEBE MICRO INC., a California corporation; OSCAR SUN, an individual, also known as Kuo Ching Sun; JOSEPH PADRID, an individual; PETER LUI, an individual; RUBY LUI, an individual; and DOES 1-20, inclusive,<br><br>            Defendants. | Case No. C 08-02063 SC<br><br>**PROOF OF SERVICE** |

015032.0001\848993.1                    1

# PROOF OF SERVICE

I, Christine Estrada, declare:

I am a citizen of the United States and am employed in Alameda County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 1111 Broadway, 24th Floor, Oakland, California 94607-4036. On May 22, 2008, I served a copy of the within document(s):

**(1) NOTICE OF BANKRUPTCY OF DEFENDANT JOSEPH PADRID; (2) NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL; (3) MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL; (4) DECLARATION OF GARRET D. MURAI IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL; (5) DECLARATION OF JOSEPH J. PADRID IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL OF RECORD; AND (6) [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD**

☒ by transmitting via electronic court filing the document(s) listed above to counsel for plaintiff:

Mark D. Baute, Esq.
Henry H. Gonzalez, Esq.
BAUTE & TIDUS LLP
777 South Figueroa Street, Suite 4900
Los Angeles, CA 90017

☒ at my business address identified above by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, and by placing the envelope, addressed as set forth below, for deposit in the United States Postal Service that same day in the ordinary course of business. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ *See attached service list*

015032.0001\848993.1                              - 2 -

☒  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 22, 2008, at Oakland, California.

                                          /s/Christine Estrada
                                          Christine Estrada

**Service List**

| | |
|---|---|
| Nena W. Wong, Esq.<br>LAW OFFICE OF NENA W. WONG<br>6080 Center Drive, Suite 600<br>Los Angeles, CA  90045<br>**[REVIEW OF RECORDS SHOWS: NOT REGISTERED FOR E-FILING]** | *Counsel for Phoebe, Peter Liu, Ruby Liu* |
| Joseph Padrid<br>2526 Harlow Lane<br>San Ramon, CA  94582 | *Defendant* |

015032.0001\848993.1                            - 4 -