UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

C-08-2063 _____   SAMUEL CONTI _____   DATE_July 11, 2008___
Case Number                Judge

Title:_SYMANTEC CORPORATION_____vs_V-MICRO INC., et al._____

Attorneys:_-------------_____   _GARRET MURAI, JOSEPH PADRID_

Deputy Clerk:_T. De Martini____Court Reporter:_Joan Columbini_____

Court  Pltf's  Deft's
( )   ( )   (XXX)  1._Motion to Withdraw as Counsel_____

( )   ( )   ( )   2._____

( )   ( )   ( )   3._____

( )   ( )   ( )   4._____

( )   ( )   ( )   5._____

( )Motion(s): ( )Granted ( )Denied ( )Withdrawn

( )Granted/Denied ( )Off Calendar ( )Submitted

Order to be Prepared by:( )Pltf ( )Deft ( )Court

Discovery Cutoff:_____Pretrial Statements Due_____

Case Continued to_____for Pretrial Conference

Case Continued to_____for Jury Trial

Case Continued to_____for Further Status Conference

Case Continued to_____for_____

ORDERED AFTER HEARING:_Mr Murai was told to comply with Civil Local_

Rule 11-5 (b)_____

_____

_____

_____

_____

_____

_____

_____

_____

cc: