Richard A. Sipos (Bar No. 126982)
Garret D. Murai (Bar No. 215667)
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Oakland, CA 94607-4036
Telephone: (510) 834-6600
Facsimile: (510) 834-1928
Email: gmurai@wendel.com

Attorneys for Defendants
JCIL COMPUTERS, INC. and JOSEPH
PADRID

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYMANTEC CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>V-MICRO, INC., a New Jersey corporation, doing business as Viewmicro; JCIL COMPUTERS, INC., a California corporation, doing business as Infinity Computers; PHOEBE MICRO INC., a California corporation; OSCAR SUN, an individual, also known as Kuo Ching Sun; JOSEPH PADRID, an individual; PETER LUI, an individual; RUBY LUI, an individual; and DOES 1-20, inclusive,<br><br>Defendants. | Case No. C 08-02063 SC<br><br>**DECLARATION OF JOSEPH PADRID RE. CONSENT OF JCIL COMPUTERS, INC. TO SERVICE OF PAPERS PURSUANT TO CIVIL LOCAL RULE 11-5(b)**<br><br>Date:        July 11, 2008<br>Time:        10:00 a.m.<br>Courtroom:   1<br>Judge:       Hon. Samuel Conti<br><br>Action Filed: August 29, 2007<br>Trial Date:   None |

I, Joseph Padrid, declare:

1. I am a shareholder, director, and officer of Defendant JCIL COMPUTERS, INC. ("JCIL").

2. I am authorized to make declaration on behalf of JCIL in support of attorneys of record's motion to withdraw as counsel. I have personal knowledge of the matters stated herein and if called upon to testify could and would competently do so.

*DECLARATION OF JOSEPH J. PADRID - Case No. C 08-02063 SC*

3.	Pursuant to the Court's Civil Minutes dated July 11, 2008, JCIL has, pursuant to Civil Local Rule 11-5(b), been notified that unless and until it appears by substitute counsel in the above-captioned action, papers may continue to be served for forwarding purposes to its present counsel, or on the Clerk of the Court, if the Court so directs.

4.	JCIL consents to its present counsel's withdrawal and acknowledges that its present counsel's withdrawal is subject to the foregoing condition.

Executed this 17th day of July 2008 in San Ramon, California.

Joseph J. Padrid

DECLARATION OF JOSEPH J. PADRID - Case No. C 08-02063 SC - 2 -