Richard A. Sipos (Bar No. 126982)
Garret D. Murai (Bar No. 215667)
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Oakland, CA 94607-4036
Telephone: (510) 834-6600
Facsimile: (510) 834-1928
Email: gmurai@wendel.com

Attorneys for Defendant
JCIL COMPUTERS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYMANTEC CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>V-MICRO, INC., a New Jersey corporation, doing business as Viewmicro; JCIL COMPUTERS, INC., a California corporation, doing business as Infinity Computers; PHOEBE MICRO INC., a California corporation; OSCAR SUN, an individual, also known as Kuo Ching Sun; JOSEPH PADRID, an individual; PETER LUI, an individual; RUBY LUI, an individual; and DOES 1-20, inclusive,<br><br>Defendants. | Case No. C 08-02063 SC<br><br>**DEFENDANT JCIL COMPUTERS, INC.'S INITIAL DISCLOSURES PURSUANT TO RULE 26 OF THE FEDERAL RULES OF CIVIL PROCEDURE**<br><br><br><br>Action Filed:   August 29, 2007<br>Trial Date:       None |

Defendant JCIL COMPUTERS, INC. respectfully submits the following Initial Disclosures Pursuant to Rule 26 of the Federal Rules of Civil Procedure:

**A.    Individuals Likely to Have Discoverable Information**

Defendant JCIL COMPUTERS, INC. ("JCIL") identifies the following individuals likely to have discoverable information that it may use to support its claims or defenses unless the use would be solely for impeachment:

1.    Joseph Padrid, shareholder, director, and officer of JCIL, who may be contacted through counsel for JCIL.

2.    Peter and Ruby Lui, owners of Defendant PHOEBE MICRO, INC. ("Phoebe"), who may be contacted through counsel for Phoebe.

### B.    Documents JCIL May Use to Support its Claims or Defenses

JCIL identifies the following documents, electronically stored information, and tangible things that it may use to support its claims or defenses unless the use would be solely for impeachment: JCIL's invoices to customers, JCIL's invoices from Phoebe, copy of Symantec software, and all other documents identified by the parties.

### C.    Computation of Each Category of Damages

JCIL has not alleged any damages.

### D.    Insurance Agreements

JCIL is unaware of any insurance agreements under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy a judgment.

Dated: July 18, 2008                    **WENDEL, ROSEN, BLACK & DEAN LLP**


By:    /s/ Garret D. Murai
Garret D. Murai
Attorneys for Defendants
JCIL COMPUTERS, INC.

*INITIAL DISCLOSURES - Case No. C 07 2525 MMC*    - 2 -