# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

<u>CIVIL PRETRIAL MINUTES</u>

Date:        **July 25, 2008**        **[10:04am - 10:07am]**

Case No.   **C-08-2063  SC**                                    Judge:  **SAMUEL CONTI**

Title**:**     **SYMANTEC CORPORATION  -v- MICRO INC., et al.**

Attorneys:    **Mark Baute          Garret Murai**

Deputy Clerk:   **Monica Narcisse for Teresa De Martini**
Court Reporter:     **Katherine Sullivan**


**<u>PROCEEDINGS</u>**

1)        <u>**Status  Conference**                                                                          </u>

2)        <u>**Defense Counsel for JCIL Computers Inc.'s Motion to Withdraw As Counsel**</u>
          <u>**Pursuant to Civil Local Rule 11-5(b) -   GRANTED**                              </u>

Discovery Cutoff:

Motions hearing:


Continued to <u>**11/21/2008 at 10:00 a.m.**</u> for Status Conference

Continued to <u>            **n/a**              </u> for Pretrial Conference

Continued to <u>            **n/a**              </u> for Jury Trial


**ORDERED AFTER HEARING:**




cc:     **CRD for SC**