UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYMANTEC CORPORATION,<br><br>                Plaintiff,<br><br>vs.<br><br>V-MICRO, INC., a New Jersey corporation, doing business as Viewmicro; JCIL COMPUTERS, INC., a California corporation, doing business as Infinity Computers; PHOEBE MICRO INC., a California corporation; OSCAR SUN, an individual, also known as Kuo Ching Sun; JOSEPH PADRID, an individual; PETER LUI, an individual; RUBY LUI, an individual; and DOES 1-20, inclusive,<br><br>                Defendants. | Case No. C 08-02063 SC<br><br>**[REVISED PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD** |

      Wendel, Rosen, Black & Dean LLP, attorneys of record for Defendant JCIL COMPUTERS, INC.'s, motion to withdraw as counsel came on regularly for hearing on July 11, 2008 at 10:00 a.m. in Courtroom 1 of this Court located at 450 Golden Gate Avenue, San Francisco, California. The Court having considered the papers submitted, having heard oral argument as requested or directed, and good cause appearing therefore:

/ / /

1  IT IS HEREBY ORDERED:

2  1.  Wendel, Rosen, Black & Dean LLP, attorneys of record for Defendant

3  JCIL COMPUTERS, INC.'s, motion to withdraw as counsel is GRANTED.

4  2.  All papers shall continue to be served on [Wendel, Rosen, Black &

5  Dean LLP or the Clerk of the Court] for forwarding purposes, pursuant to Civil

6  Local Rule 11-5(b), until such time as Defendant JCIL COMPUTERS, INC.

7  appears by substitute counsel.

8  Dated: _____

9

10                                          _____
                                            Samuel Conti
11                                          U.S. District Court Judge