Richard A. Sipos (Bar No. 126982)
Garret D. Murai (Bar No. 215667)
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Oakland, CA  94607-4036
Telephone:  (510) 834-6600
Fax:  (510) 834-1928

Attorneys for Defendants
JCIL COMPUTERS, INC. and JOSEPH PADRID

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYMANTEC CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>V-MICRO, INC., a New Jersey corporation, doing business as Viewmicro; JCIL COMPUTERS, INC., a California corporation, doing business as Infinity Computers; PHOEBE MICRO INC., a California corporation; OSCAR SUN, an individual, also known as Kuo Ching Sun; JOSEPH PADRID, an individual; PETER LUI, an individual; RUBY LUI, an individual; and DOES 1-20, inclusive,<br><br>Defendants. | Case No.  C 08-02063 SC<br><br>**PROOF OF SERVICE** |

015032.0001\1010352.1                    1

# PROOF OF SERVICE

I, Christine Estrada, declare:

I am a citizen of the United States and am employed in Alameda County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 1111 Broadway, 24th Floor, Oakland, California 94607-4036. On July 25, 2008, I served a copy of the within document(s):

**[REVISED PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD**

☒ by transmitting via electronic court filing the document(s) listed above to counsel for plaintiff:

Mark D. Baute, Esq.
Henry H. Gonzalez, Esq.
BAUTE & TIDUS LLP
777 South Figueroa Street, Suite 4900
Los Angeles, CA 90017

☒ at my business address identified above by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, and by placing the envelope, addressed as set forth below, for deposit in the United States Postal Service that same day in the ordinary course of business. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ *See attached service list*

☒ I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 25, 2008, at Oakland, California.

/s/Christine Estrada
Christine Estrada

015032.0001\1010352.1            - 2 -

**Service List**

Nena W. Wong, Esq.  *Counsel for Phoebe, Peter Liu,*
LAW OFFICE OF NENA W. WONG  *Ruby Liu*
6080 Center Drive, Suite 600
Los Angeles, CA  90045
**[REVIEW OF RECORDS SHOWS: NOT REGISTERED FOR E-FILING]**

Joseph Padrid  *Defendant*
2526 Harlow Lane
San Ramon, CA  94582

015032.0001\1010352.1         - 3 -