1
2
3
4
5
6
7

**FILED**

JUL 2 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

8            UNITED STATES DISTRICT COURT
9            NORTHERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11  SYMANTEC CORPORATION, | Case No. C 08-02063 SC |
| 12          Plaintiff, | [REVISED PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD |
| 13          vs. | |
| 14  V-MICRO, INC., a New Jersey corporation, doing business as Viewmicro; JCIL COMPUTERS, INC., a California corporation, doing business as Infinity Computers; PHOEBE MICRO INC., a California corporation; OSCAR SUN, an individual, also known as Kuo Ching Sun; JOSEPH PADRID, an individual; PETER LUI, an individual; RUBY LUI, an individual; and DOES 1-20, inclusive, | |
| 20          Defendants. | |

22    Wendel, Rosen, Black & Dean LLP, attorneys of record for Defendant JCIL
23  COMPUTERS, INC.'s, motion to withdraw as counsel came on regularly for
24  hearing on July 11, 2008 at 10:00 a.m. in Courtroom 1 of this Court located at 450
25  Golden Gate Avenue, San Francisco, California. The Court having considered the
26  papers submitted, having heard oral argument as requested or directed, and good
27  cause appearing therefore:
28  / / /

IT IS HEREBY ORDERED:

1. Wendel, Rosen, Black & Dean LLP, attorneys of record for Defendant JCIL COMPUTERS, INC.'s, motion to withdraw as counsel is GRANTED.

2. All papers shall continue to be served on [Wendel, Rosen, Black & Dean LLP or ~~the Clerk of the Court~~ sc] for forwarding purposes, pursuant to Civil Local Rule 11-5(b), until such time as Defendant JCIL COMPUTERS, INC. appears by substitute counsel.

Dated: July 28/08

Samuel Conti
U.S. District Court Judge